LENTZ, APPELLANT, *v.* GALVIN, JUDGE, APPELLEE.

[Cite as *Lentz v. Galvin* (1994), 69 Ohio St.3d 467.]

(No. 94-344—Submitted May 10, 1994—Decided June 22, 1994.)

*Phillip R. Lentz, pro se.*

The judgment of the court of appeals is affirmed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.